No. 79–1056. NORTHWEST AIRLINES, INC. *v.* TRANSPORT WORKERS UNION OF AMERICA, AFL–CIO, ET AL. C. A. D. C. Cir. [Certiorari granted, 447 U. S. 920.] Motion of Trans World Airlines, Inc., for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* denied. JUSTICE BLACKMUN took no part in the consideration or decision of these motions.

No. 79–1176. CITY OF MEMPHIS ET AL. *v.* GREENE ET AL. C. A. 6th Cir. [Certiorari granted, 446 U. S. 934.] Motion of Hein Park Civic Association for leave to file a brief as *amicus curiae* granted. Motion of respondents for divided argument denied.

No. 79–1213. MINNICK ET AL. *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. Ct. App. Cal., 1st App. Dist. [Certiorari granted, 448 U. S. 910.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* denied.

No. 79–1236. CARSON ET AL. *v.* AMERICAN BRANDS, INC., T/A AMERICAN TOBACCO CO., ET AL. C. A. 4th Cir. [Certiorari granted, 447 U. S. 920.] Motion of respondent Unions for divided argument granted. Motion of the Solicitor General for divided argument granted.

No. 79–1260. CHANDLER ET AL. *v.* FLORIDA. Sup. Ct. Fla. [Probable jurisdiction noted, 446 U. S. 907.] Motion of appellee for divided argument granted.

No. 79–6624. ROSALES-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, *ante,* p. 819.] Motion for appointment of counsel granted, and it is ordered that John J. Cleary, Esquire, of San Diego, Cal., be appointed to serve as counsel for petitioner in this case.